James B. RICHARDS, Respondent,

v.

CARR LANE MANUFACTURING, Appellant.

No. 71847.

Missouri Court of Appeals, Eastern District, Division One.

July 8, 1997.

Eric Eickmeyer, Holtkamp, Liese, Beckemeier & Childress, St. Louis, for appellant.

Thomas M. Pavelko, Stern, Frapoli & Ahlquist, Ted Frank Frapolli, Richmond Heights, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Carr Lane Manufacturing, appeals the Final Award of the Labor and Industrial Relations Commission finding respondent, James B. Richards, suffered a work-related injury resulting in temporary total disability. We affirm.

We have reviewed the briefs of the parties and the legal file and find the Final Award is supported by substantial evidence and is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would serve no jurisprudential purpose, we affirm the Final Award pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Lorenzo A. HARRIS, III, Appellant.

No. 71418.

Missouri Court of Appeals, Eastern District, Division One.

July 8, 1997.

James Michael McClellan, Private Attorney, Sikeston, for appellant.

Stephen Juergens, Prosecuting Attorney, Jackson, for respondent.

Before DOWD, P.J., and REINHARD and GARY. M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Lorenzo A. Harris, appeals the judgment of conviction entered by the Circuit Court of Cape Girardeau County after the trial court found him guilty of failure to drive on the right half of the roadway, RSMo section 304.150 (1994), and driving while his license was revoked, RSMo section 302.321 (1994). We affirm.

We have reviewed appellant's brief and the legal file and find the judgment of conviction is supported by substantial evidence and is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b).